IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-81627- MIDDLEBROOKS

UNITED STATES OF AMERICA,
*ex rel*. ELVENS VERTUS,

    Plaintiffs,

vs.

GLADES DRUGS, INC.,
LONGEVITY DRUGS, LLC,
RYAN GOODKIN,
TERRENCE MYERS, and
SANTO LEO,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(l), the United States, Relator Elvens Vertus, and Defendant Glades Drugs, Inc., hereby stipulate to the dismissal, with prejudice, of the claims against Glades Drugs, Inc. to which the United States has partially intervened.

On October 31, 2017, the Court granted the United States' motion to partially intervene for settlement purposes as to the allegations relating to Defendant Glades Drugs, Inc. allegedly paying Medicare beneficiary co-payments. The Court lifted the seal and further granted the United States' request for a 30-day stay to effectuate the settlement as to the intervened claims. D.E. 35. On December 4, 2017, the Court granted the United States' request for an additional 30-day stay to allow all parties to execute the agreed-upon settlement agreement. D.E. 38.

The United States, including the United States Attorney's Office for the Southern District of Florida, Health and Human Services ("HHS") on behalf of Medicare, and the Defense Health

Agency ("DHA") on behalf of TRICARE; Relator Elvens Vertus; and Defendant Glades Drugs, Inc. have settled the claims in this case to which the United States has intervened. As such, the parties stipulate to the dismissal, with prejudice, of the claims against Glades Drugs, Inc. relating to the allegations of Glades Drugs, Inc. paying Medicare beneficiary co-payments.

The United States further requests the Court to retain jurisdiction to enforce the terms, conditions and releases of the settlement to the extent reasonably necessary and appropriate. Under the terms of the settlement agreement, Defendant Glades Drugs, Inc. has 30 days from the execution of the settlement – until January 5, 2018 – to pay the settlement amount.

A proposed order accompanies this motion.

Dated: December 13, 2017 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　BENJAMIN G. GREENBERG
　　　　　　　　　　ACTING UNITED STATES ATTORNEY

By: 　*/s/ John C. Spaccarotella*
　　　John C. Spaccarotella
　　　Assistant United States Attorney
　　　Court ID No. A5502142
　　　United States Attorney's Office
　　　99 N.E. 4th Street, Third Floor
　　　Miami, Florida  33132
　　　Telephone: (305) 961-9212
　　　Facsimile: (305) 530-7139
　　　john.spaccarotella@usdoj.gov

　　　*Counsel for the United States of America*

By: 　*/s/ Ryon McCabe*
　　　Ryon McCable, Esq.
　　　McCabe Rabin P.A.
　　　Centurion Tower
　　　1601 Forum Place
　　　Suite 505
　　　West Palm Beach, Florida  33401
　　　Telephone: (561) 659-7878
　　　rmccabe@mccaberabin.com

　　　*Counsel for Relator Elvens Vertus*

By: <u>*/s/ Lilly Ann Sanchez*</u>
Lilly Ann Sanchez, Esq.
The LS Law Firm
Four Seasons Tower
1441 Brickell Avenue
Suite 1200
Miami, Florida  33131
Telephone: (305) 503-5503
lsanchez@thelsfirm.com

*Counsel for Defendant Glades Drugs, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.


<u>*/s/ John C. Spaccarotella*</u>
John C. Spaccarotella
Assistant United States Attorney