UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-cv-81627-MIDDLEBROOKS

UNITED STATES OF AMERICA,
*ex rel.* ELVENS VERTUS,

    Plaintiffs,

v.

GLADES DRUGS, INC.,
LONGEVITY DRUGS, LLC,
RYAN GOODKIN,
TERRENCE MYERS, and
SANTO LEO,

    Defendants.
_____/

**UNSEALED ORDER**

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff/Relator Elvens Vertus' Notice of Voluntary Dismissal with Prejudice of Remaining Claims & Defendants ("Notice"), filed on December 19, 2017. (DE 40). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss this action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither filing. As such a notice is effective to dismiss the case when it is filed, it is

**ORDERED and ADJUDGED** that

(1) All claims by Plaintiff/Relator Elvens Vertus against the remaining Defendants are **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

(3) This dismissal of claims against the remaining Defendants shall be **WITHOUT**

**PREJUDICE** as to the United States.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this __ day of December, 2017.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record

2